# ELECTRONIC RECORD

COA # 01-12-01042-CR    OFFENSE: 19.02 (Murder)

STYLE: Gboweh Dickson George v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM    TRIAL COURT: 176th District Court

DATE: 08/26/2014    Publish: YES    TC CASE #: 1302726

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Gboweh Dickson George v. The State of Texas    CCA #: 1315-14

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 02/04/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD